| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Elysa D. Bergenfeld, Esquire<br>Ansell Grimm & Aaron PC<br>214 Carnegie Center, Suite 112<br>Princeton, NJ 08540<br>609/751-5551 Telephone<br>609/228-5699 Fax<br>ebergenfeld@ansell.law<br>Attorney for Secured Creditor, Washington's Crossing at Locust Grove Homeowners Association, Inc. |

| In Re:<br><br>FRANK PANTALONE | Case No.: 23-16404<br>Chapter: 13<br>Judge: JNP |
|---|---|

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Washington's Crossing at Locust Grove Homeowners Association, Inc.. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
Washington's Crossing at Locust Grove Homeowners Assoc., Inc.
c/o Ansell Grimm & Aaron, PC
214 Carnegie Center, Suite 112
Princeton, NJ 08540

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 08/09/2023

/s/Elysa D. Bergenfeld_
Signature

*new.8/1/15*